David B. Rosenbaum, No. 009819
Andrew G. Pappas, No. 034432
Emma J. Cone-Roddy, No. 034285
Brandon T. Delgado, No. 035924
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
apappas@omlaw.com
econe-roddy@omlaw.com
bdelgado@omlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The No Labels Party of Arizona, an Arizona political party,<br><br>    Plaintiff,<br><br>vs.<br><br>Adrian Fontes, in his official capacity as the Secretary of State of Arizona,<br><br>    Defendant. | No. 2:23-cv-02172-JJT<br><br>**STIPULATION RE BRIEFING SCHEDULE AND CONSOLIDATING THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION WITH THE TRIAL ON THE MERITS** |

Plaintiff The No Labels Party of Arizona ("Plaintiff") and Defendant Adrian Fontes, in his official capacity as Secretary of State of Arizona ("Defendant"), stipulate and agree as follows:

1. On October 19, 2023, Plaintiff filed a Motion for Preliminary Injunction, and a Motion for Order to Show Cause.

2. Defendant's response to Plaintiff's Motion for Preliminary Injunction is currently due on November 2, 2023.

3. Plaintiff and Defendant have agreed to extend the deadline for Defendant's response to Plaintiff's Motion for Preliminary Injunction until November 20, 2023.

4. Plaintiff and Defendant have agreed that Plaintiff's reply brief in support of its Motion for Preliminary Injunction will be due December 18, 2023.

5. Good cause supports this modified briefing schedule. Defendant's counsel is completing briefing in other matters and needs additional time to respond to Plaintiff's Motion. Because Defendant will file its response shortly before Thanksgiving, and in light of Plaintiff's counsel's travel plans and other commitments, Plaintiff seeks additional time for its reply brief.

6. To further expedite matters, Plaintiff and Defendant have further agreed that, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the Court should consolidate the hearing on Plaintiff's Motion for Preliminary Injunction with the trial on the merits. The parties do not anticipate at this time the need for an evidentiary hearing; instead, the parties believe an oral argument on Plaintiff's Motion for Preliminary Injunction will suffice.

7. If the Court approves this stipulated schedule, the Court's approval will obviate the need for an Order to Show Cause.

///

8. The Parties have lodged with this stipulation their proposed form of scheduling order.

DATED this 1st day of November, 2023.

                                     OSBORN MALEDON, P.A.

By    /s/ Andrew G. Pappas
       David B. Rosenbaum
       Andrew G. Pappas
       Emma J. Cone-Roddy
       Brandon T. Delgado
       2929 North Central Avenue, 20th Floor
       Phoenix, Arizona  85012-2793

       Attorneys for Plaintiff

KRISTIN K. MAYES
Attorney General

By    /s/ Kara Karlson (with permission)
       Kara Karlson
       Karen J. Hartman-Tellez
         Senior Litigation Counsel
       Kyle Cummings
         Assistant Attorney General
       2005 North Central Avenue
       Phoenix, Arizona  85004

       Attorneys for Defendant