# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| No Labels Party of Arizona,<br><br>             Plaintiff,<br><br>v.<br><br>Adrian Fontes,<br><br>             Defendant. | No. CV-23-02172-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulation Re Briefing Schedule and Consolidating the Hearing on Plaintiff's Motion for Preliminary Injunction with the Trial on the Merits (Doc. 10). In the Stipulation, the parties propose a briefing schedule with respect to Plaintiff's Motion for Preliminary Injunction and Order to Show Cause (Doc. 6), which for good cause the Court will adopt. The parties also state that they agree to the Court's consolidation of the hearing on Plaintiff's Motion for Preliminary Injunction with a trial on the merits in this matter, consisting of oral argument without an evidentiary hearing. The Court proposes to hold a one-day trial in this matter on January 5, 2024. By November 13, 2023, the parties shall jointly file a Notice informing the Court whether one trial day is sufficient and the proposed trial date is viable. The Court is presently set to conduct a one-month criminal trial for the balance of January 2024, so the next available dates on the Court's calendar are in February 2024.

**IT IS THEREFORE ORDERED** granting the parties' Stipulation Re Briefing Schedule and Consolidating the Hearing on Plaintiff's Motion for Preliminary Injunction with the Trial on the Merits (Doc. 10).

**IT IS FURTHER ORDERED** that Defendant Secretary of State Adrian Fontes's ("Defendant") response to Plaintiff The No Labels Party of Arizona's ("Plaintiff") Motion for Preliminary Injunction (Doc. 6) is due on **November 20, 2023**, and Plaintiff's reply brief in support of its Motion for Preliminary Injunction is due on **December 18, 2023**.

**IT IS FURTHER ORDERED** that, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 6) will be consolidated with the trial on the merits. The parties do not anticipate at this time the need for an evidentiary hearing; accordingly, an oral argument on Plaintiff's Motion for Preliminary Injunction will suffice.

**IT IS FURTHER ORDERED** setting the consolidated hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 6) and trial on the merits for **9:00 a.m. (Arizona time) on January 5, 5024**, before District Judge John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** that, by **November 13, 2023**, the parties shall jointly file a Notice informing the Court whether a one trial day is sufficient and the proposed trial date is viable.

Dated this 3rd day of November, 2023.

Honorable John J. Tuchi
United States District Judge