KRISTIN K. MAYES
Attorney General
Firm State Bar No. 14000

Kara Karlson, Bar No. 029407
Karen J. Hartman-Tellez, Bar No. 021121
Senior Litigation Counsel
Kyle Cummings, Bar No. 032228
Assistant Attorney General
2005 North Central Avenue
Phoenix, AZ  85004-1592
Telephone (602) 542-8323
Facsimile (602) 542-4385
Kara.Karlson@azag.gov
Karen.Hartman@azag.gov
Kyle.Cummings@azag.gov
adminlaw@azag.gov

*Attorneys for Defendant Arizona Secretary of State Adrian Fontes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The No Labels Party of Arizona, an Arizona political party,<br><br>    Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State,<br><br>    Defendant. | Case No: 2:23-cv-02172-JJT<br><br>**STIPULATED EXTENSION OF TIME TO FILE ANSWER** |

Plaintiff The No Labels Party of Arizona ("Plaintiff") and Defendant Adrian Fontes, in his official capacity as Secretary of State of Arizona ("Defendant"), stipulate and agree as follows:

1. On October 19, 2023, Plaintiff filed a Complaint and Motion for Preliminary Injunction.

2. On November 1, 2023, the parties filed a Stipulation which provided: a) expanded time periods to file a Response and a Reply to the Motion for Preliminary Injunction; b) the preliminary injunction hearing would be consolidated under Rule 65 of the Federal Rules of Civil Procedure; and c) notice to the Court that the parties did not believe an evidentiary hearing would be necessary. (DE 10).

3. The Court granted the Stipulation on November 3, 2023. (DE 11).

4. Plaintiff and Defendant have agreed to extend the deadline for Defendant's Answer to Plaintiff's Complaint until November 30, 2023.

5. Good cause supports this extension to file an answer. Defendant's counsel is completing briefing in other matters and needs additional time to file an Answer. Moreover, counsel have been working collaboratively to streamline matters, including discussing stipulated facts and exhibits, to prepare for the hearing on January 5, 2023. This extension will facilitate that collaboration.

6. This extension will not delay these proceedings.

Respectfully submitted this 9th day of November, 2023.

Kristin K. Mayes
Attorney General

 /s/ Kara Karlson
Kara Karlson
Karen J. Hartman-Tellez
Senior Litigation Counsel
Kyle Cummings
Assistant Attorney General
*Attorneys for Defendant Arizona Secretary of State Adrian Fontes*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Andrew G. Pappas*<ins>*</ins>
*with permission
David B. Rosenbaum
Andrew G. Pappas
Emma J. Cone-Roddy
Brandon T. Delgado
OSBORN MALEDON, P.A.
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 9th day of November, 2023 I filed the forgoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

 /s/Kara Karlson