David B. Rosenbaum, No. 009819
Andrew G. Pappas, No. 034432
Emma J. Cone-Roddy, No. 034285
Brandon T. Delgado, No. 035924
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
apappas@omlaw.com
econe-roddy@omlaw.com
bdelgado@omlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The No Labels Party of Arizona,<br><br>          Plaintiff,<br><br>vs.<br><br>Adrian Fontes,<br><br>          Defendant. | No. CV-23-02172-PHX-JJT<br><br>**JOINT NOTICE RE TRIAL DATE** |

Pursuant to the Court's November 8, 2023 Order (Doc. 12), Plaintiff The No Labels Party of Arizona and Defendant Adrian Fontes notify the Court that one trial day is sufficient, and the proposed trial date of January 5, 2024 is viable. At this time, the parties still do not anticipate the need for an evidentiary hearing. Further, the parties are working collaboratively to streamline matters, including discussing stipulated facts and exhibits, for the hearing on January 5, 2024.

DATED this 13th day of November, 2023.

                            OSBORN MALEDON, P.A.

                            By    /s/ Andrew G. Pappas
                                    David B. Rosenbaum
                                    Andrew G. Pappas
                                    Emma J. Cone-Roddy
                                    Brandon T. Delgado
                                    2929 North Central Avenue, 20th Floor
                                    Phoenix, Arizona 85012-2793

                            *Attorneys for Plaintiff*

KRISTIN K. MAYES
ARIZONA ATTORNEY GENERAL

/s/ Kara Karlson (with permission)
Kara Karlson
Karen J. Hartman-Tellez
Senior Litigation Counsel
Kyle Cummings
Assistant Attorney General

*Attorneys for Defendant*