David B. Rosenbaum, No. 009819
Andrew G. Pappas, No. 034432
Emma J. Cone-Roddy, No. 034285
Brandon T. Delgado, No. 035924
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
apappas@omlaw.com
econe-roddy@omlaw.com
bdelgado@omlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| The No Labels Party of Arizona, | No. CV-23-02172-PHX-JJT |
| Plaintiff, | |
| vs. | **JOINT STATEMENT OF** |
| Adrian Fontes, | **STIPULATED FACTS AND** |
| Defendant. | **EXHIBITS** |

Plaintiff The No Labels Party of Arizona ("Plaintiff" or "No Labels Arizona") and Defendant Adrian Fontes ("Defendant" or the "Secretary") agree and stipulate to the following facts, and to the admission of the attached exhibits, which may be considered and relied upon by the Court in determining the claims and defenses asserted in this action and in ruling on motions:

1.    Secretary Fontes acted in his official capacity as the Secretary of State of Arizona at all times relevant to this action.

2.    No Labels Arizona is an Arizona political party.

3.    No Labels Arizona asserts, and for purposes of this litigation the Secretary does not contest, that No Labels Arizona was established for the purpose of placing yet-

1  to-be-identified nominees for President and Vice President on the 2024 general-election

2  ballot in Arizona.

3      4.    No Labels Arizona asserts, and for purposes of this litigation the Secretary

4  does not contest, that No Labels Arizona's only current objective is to ensure that

5  Arizonans have a potential Presidential candidate option other than the candidates who

6  may be selected at the 2024 Democratic and Republican National Conventions.

7      5.    No Labels Arizona asserts, and for purposes of this litigation the Secretary

8  does not contest, that (a) to accomplish this objective, No Labels Arizona wishes not to

9  use its ballot line in primary elections and in the 2024 general election for any offices

10  besides United States President or Vice President; and (b) No Labels Arizona believes its

11  goals would be undermined by participating in any other election.

12      6.    No Labels Arizona has adopted a Constitution and Bylaws.  A true and

13  correct copy of No Labels Arizona's Constitution and Bylaws is attached hereto as

14  Exhibit 1.

15      7.    Under its Constitution and Bylaws, No Labels Arizona is to "obtain ballot

16  access for candidates nominated by No Labels for the federal offices of President and

17  Vice President" and "shall not nominate" a "candidate for a state, county, municipal,

18  school, or district office or position."  Exhibit 1 at § 2(b).

19      8.    No Labels Arizona asserts, and for purposes of this litigation the Secretary

20  does not contest, that (a) No Labels Arizona has structured itself this way because it has

21  determined this is the best way to pursue its associational goals; and (b) No Labels

22  Arizona believes its participation in additional races would require it to allocate resources

23  and stray from its objectives.

24      9.    No Labels Arizona, as expressed in its Constitution and Bylaws, does not

25  intend or desire to use its ballot line for an election for any office other than President or

26  Vice President.  *Id.*

27      10.    To secure political-party status for No Labels Arizona, No Labels, Inc.

28  collected 41,663 valid signatures from voters across Arizona.  A true and correct copy of

1    the Final Results of the No Labels Party of Arizona Filing is attached hereto as Exhibit 2.

2        11.    These signatures were collected on official petition sheets issued by the

3    Secretary that stated: "I, the undersigned, a qualified elector in the . . . state of Arizona,

4    hereby petition that a new political party be eligible for recognition, and be represented

5    by an official party ballot at the next ensuing regular primary election, to be held on the

6    August 6, 2024, and accorded a column on the official ballot at the succeeding general

7    election to be held on the 5th of November, 2024.  A new political party is entitled to

8    representation as a political party on the official ballot through the next two regularly

9    scheduled general elections for federal office immediately following recognition of the

10   political party."  A true and correct copy of one of No Labels Arizona's filed Petitions for

11   Political Party Recognition is attached hereto as Exhibit 3.

12       12.    No Labels Arizona became a political party in Arizona on March 7, 2023.

13   Ex. 2.

14       13.    In a June 2, 2023 letter to the Secretary's general counsel, No Labels

15   Arizona explained that as of that date "the No Labels Party will nominate a Presidential

16   ticket 'as provided in § 16-344,' but it does *not* desire to have the names of any other

17   candidates printed on the official ballot at the 2024 general election and will therefore not

18   hold a primary election for any office."  A true and correct copy of the June 2, 2023 letter

19   is attached hereto as Exhibit 4; *see id*. at 4.

20       14.    No Labels Arizona's Chair sent a letter to the Secretary on August 11, 2023

21   opting out of the state's 2024 Presidential Preference Election and informing the

22   Secretary again that "the No Labels Party will nominate candidates only for the offices of

23   President and Vice President, and does not desire to have the names of candidates for any

24   other office printed on the official general-election ballot at the 2024 general election."  A

25   true and correct copy of the August 11, 2023 letter is attached hereto as Exhibit 5.

26       15.    On August 14, 2023, No Labels Arizona informed the Secretary by letter

27   that No Labels Arizona "does not intend to make nominations for any public office other

28   than President and Vice President in 2024."  A true and correct copy of the August 14,

2023 letter is attached hereto as Exhibit 6.

16.     Secretary Fontes stated in a September 22, 2023 letter from his Elections Director that any candidate of a party will be permitted to participate in Arizona's primary election, stating that the "candidate who receives the highest number of votes in the Primary Election will be the political party nominee and appear on the General Election ballot." A true and correct copy of the September 22, 2023 letter is attached hereto as Exhibit 7.

17.     Pursuant to A.R.S. § 16-311(E), the Secretary is the filing officer for federal, statewide, and legislative offices. Attached hereto as Exhibit 8 is a true and correct copy of the Secretary's 2022 Running for Office—A Candidate Guide handbook.[1]

18.     Pursuant to A.R.S. § 16-311(F), the county elections officers are the filing officers for county offices including county supervisor, assessor, county attorney, recorder, sheriff, treasurer, and precinct committeemen.

19.     Thus far, the following individuals have filed a statement of interest to run as candidates of No Labels Arizona with the Secretary:

    a.   On July 21, 2023, Tyson Draper filed a Candidate Statement of Interest to run as a No Labels Arizona candidate for U.S. Senator in the 2024 Primary Election. A true and correct copy of Tyson Draper's Candidate Statement of Interest is attached hereto as Exhibit 9.

    b.   On August 9, 2023, Richard Grayson filed a Candidate Statement of Interest to run as a No Labels Arizona candidate for Corporation Commission in the 2024 Primary Election. A true and correct copy of Richard Grayson's Candidate Statement of Interest is attached hereto as Exhibit 10.

    c.   On November 16, 2023, Omar "That Guy" Farooq Chaudhry filed a Candidate Statement of Interest to run as a No Labels Arizona candidate for U.S. Representative in Congress, District No. 5, in the 2024 Primary

---

[1] The Secretary has not yet published a 2024 candidate handbook. The parties will supplement this submission with the 2024 handbook when it is published.

Election.  A true and correct copy of Omar Chaudhry's Candidate Statement of Interest is attached hereto as Exhibit 11.

d.  On November 28, 2023, Michael Bishop filed a Candidate Statement of Interest to run as a No Labels Arizona candidate for State Representative, District No. 5, in the 2024 Primary Election.  A true and correct copy of Michael Bishop's Candidate Statement of Interest is attached hereto as Exhibit 12.

e.  On December 8, 2023, Sam Huang filed a Candidate Statement of Interest to run as a No Labels Arizona candidate for State Representative, District No. 12 in the 2024 Primary Election.  A true and correct copy of San Huang's Candidate Statement of Interest is attached hereto as Exhibit 13.

20.  Despite No Labels Arizona's objections, the Secretary intends to issue a letter declaring nomination to any candidate that purports to run as a No Labels Arizona candidate, completes the nomination process set forth in A.R.S. §§ 16-311 and -314, and receives the highest number of votes among purported No Labels Arizona candidates for that office at the Primary Election, pursuant to A.R.S. § 16-645(B).

21.  The Secretary has published a calendar for the 2023-24 election cycle that includes the deadlines for filing required candidate paperwork and printing election materials.  A true and correct copy of the Election Calendar is attached hereto as Exhibit 14.

22.  As of October 2023, there were 18,799 Arizona voters registered as members of No Labels Arizona.  Attached hereto as Exhibit 15 is a true and correct copy of the October 1, 2023 State of Arizona Registration Report.[2]

23.  In contrast, in October 2018, the Green Party, which had obtained new party status in 2014, had 6,463 registered members in Arizona.  Attached hereto as Exhibit 16 is a true and correct copy of the October 1, 2018 State of Arizona Registration Report.

---

[2] The next registration report will be published later in January 2024.  The parties will supplement this submission with the January 2024 report once it is available.

24.     A true and correct copy of the Declaration of Gail Koshland Wachtel Supporting Preliminary Injunction is attached hereto as Exhibit 17.

25.     No Labels Arizona and the Secretary stipulate to and request the admission of Exhibits 1–17 attached hereto.


DATED this 4th day of January, 2024.

OSBORN MALEDON, P.A.


By      /s/ Andrew G. Pappas
        David B. Rosenbaum
        Andrew G. Pappas
        Emma J. Cone-Roddy
        Brandon T. Delgado
        2929 North Central Avenue, 20th Floor
        Phoenix, Arizona 85012-2793

        Attorneys for Plaintiff

Kristin K. Mayes
Attorney General


By      /s/ Karen J. Hartman-Tellez (with permission)
        Kara Karlson
        Karen J. Hartman-Tellez
        Senior Litigation Counsel
        Kyle Cummings
        Assistant Attorney General

        Attorneys for Defendant