# CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** John J. Tuchi | **Date:** January 4, 2024 |
| **No Labels Party of Arizona v. Adrian Fontes** | **Case Number:** CV-23-02172-PHX-JJT |

**Attorney for Plaintiff:** Emma Jane Cone-Roddy, Brandon Delgado and Andrew Pappas

**Attorney for Defendant:** Kyle Cummings, Karen Hartman-Tellez and Kara Karlson

### PRELIMINARY INJUNCTION HEARING AND BENCH TRIAL:

9:04 a.m. Court convenes. Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited. Discussion held. This is the time set for Preliminary Injunction Hearing and Bench Trial re: Plaintiff's Motion for Preliminary Injunction and Order to Show Cause (Doc. [6]). Argument held. 10:16 a.m. Court is in recess.

10:25 a.m. Court reconvenes. Discussion held. **IT IS ORDERED** taking under advisement Plaintiff's Motion for Preliminary Injunction and Order to Show Cause (Doc. [6]). Formal order to issue.

10:31 a.m. Court adjourned.

| | |
|---|---|
| **Court Reporter** Elaine Cropper | **Start:** 9:04 AM |
| **Deputy Clerk** Julie Martinez | **Stop:** 10:31 AM |
| | **TOTAL:** |
| | **1 hr. 18 mins.** |