FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| No Labels Party of Arizona,<br><br>    Plaintiff(s),<br><br>v.<br><br>Adrian Fontes,<br><br>    Defendant(s). | No. CV-23-02172-PHX-JJT<br><br>**MINUTE ORDER RE: EXHIBITS** |

IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the trial are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

DATED this 5th day of January, 2024.

Debra Lucas, District Court
Executive/Clerk of Court

_____
By: Julie Martinez, Courtroom Deputy

Exhibits returned to respective counsel/representative.

_Judy Pappas_ 1/5/2024   Counsel for Plaintiff's signature/date

_Kyle Cummings_ 1/5/2024   Counsel for Defendant's signature/date