**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| No Labels Party of Arizona, | No. CV-23-02172-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Adrian Fontes, | |
| Defendant. | |

At issue is Defendant Arizona Secretary of State's Expedited Motion for a Stay Pending Appeal (Doc. 29), to which Plaintiff The No Labels Party of Arizona filed a response in opposition (Doc. 31).

Nothing in Defedant's Motion changes the Court's disposition of Plaintiff's claims in this matter or the reasoning the Court provided in its prior Order (Doc. 25). For the same reasons, the Court will deny Defendant's Motion for a Stay of the Court's injunction (Docs. 25, 26) under Federal Rule of Civil Procedure 62(c) and Federal Rule of Appellate Procedure 8(a)(1). Under Rule 62(c), the injunction (Docs. 25, 26) is not stayed.

**IT IS THEREFORE ORDERED** denying Defendant Arizona Secretary of State's Expedited Motion for a Stay Pending Appeal (Doc. 29).

Dated this 12th day of February, 2024.

Honorable John J. Tuchi
United States District Judge