KRISTIN K. MAYES
Attorney General
Firm State Bar No. 14000

Kara Karlson, Bar No. 029407
Karen J. Hartman-Tellez, Bar No. 021121
Senior Litigation Counsel
Kyle Cummings, Bar No. 032228
Assistant Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone (602) 542-8323
Facsimile (602) 542-4385
Kara.Karlson@azag.gov
Karen.Hartman@azag.gov
Kyle.Cummings@azag.gov
adminlaw@azag.gov

*Attorneys for Defendant Arizona
Secretary of State Adrian Fontes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The No Labels Party of Arizona, an Arizona political party,<br><br>Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State,<br><br>Defendant. | Case No: 2:23-cv-02172-JJT<br><br>**STIPULATED EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES** |

Plaintiff The No Labels Party ("Plaintiff") and Defendant Arizona Secretary of State Adrian Fontes, in his official capacity as the Secretary of State of Arizona, stipulate and agree as follows:

1. The Court issued a final order on January 16, 2024, ordering the Plaintiff to file an application for attorneys' fees by February 16, 2024. (DE 25 at 12).

2. The Secretary appealed this case on February 1, 2024. (DE at 30).

3. Plaintiff filed timely filed their application on February 16, 2024. (DE 33).

4. The Secretary's response to the fee application is currently due on March 1, 2024.

5. Plaintiff and the Secretary have agreed to extend the deadline to file the Response to Plaintiff's fee application until March 11, 2024.

6. Good cause supports this extension to file a Response to the Plaintiff's Fee Application. The parties have been working collaboratively to streamline matters, and are engaging in good faith discussions regarding settlement of the fee award and scheduling issues regarding the Ninth Circuit appeal of this matter.

7. The extra time will ensure that the parties will have the opportunity to meaningfully confer and discuss these issues, without incurring additional fees.

8. This extension is not sought for improper delay.

Respectfully submitted this 29th day of February, 2024.

    Kristin K. Mayes
    Attorney General

    */s/ Kara Karlson*
    Kara Karlson
    Karen J. Hartman-Tellez
    Senior Litigation Counsel
    Kyle Cummings
    Assistant Attorney General
    *Attorney for Defendant Arizona Secretary of State Adrian Fontes*

    */s/ Andrew G. Pappas**
    *with permission
    David B. Rosenbaum
    Andrew G. Pappas
    Emma J. Cone-Roddy
    Brandon T. Delgado
    OSBORN MALEDON, P.A.
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 29th day of February, 2024 I filed the forgoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

*/s/Monica Quinonez*